UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:05CV-689-H

STEVEN J. LICHTENSTEIN                                                                          APPELLANT

V.

ROBERTA J. BARBANEL                                                                             APPELLEE

**MEMORANDUM OPINION AND ORDER**

On August 2, 2005, Chief Judge Joan Cooper of the United States Bankruptcy Court for the Western District of Kentucky issued a Memorandum Opinion concluding that Appellant, Steven J. Lichtenstein, M.D. had taken actions constituting a lack of good faith and, therefore, cause existed under 11 U.S.C. § 707 (a) to dismiss Dr. Lichtenstein's second Chapter 7 bankruptcy case. Consequently, on that same date the Bankruptcy Court entered an order dismissing Dr. Lichtenstein's second Chapter 7 bankruptcy action. Dr. Lichtenstein has appealed that order to this Court and both parties have now filed memoranda setting forth their position. This appeal is yet another chapter in the long-running marital feud between Dr. Lichtenstein and Ms. Barbanel. Even now the two have at least one appeal at the Sixth Circuit and another case before a different judge in this Court.

On appeal the District Court reviews the Bankruptcy Court's findings of fact under a clearly erroneous standard and reviews questions of law on a *de novo* standard. *In re Gardner*, 360 F.3d 551, 557 (6th Cir. 2004). The Bankruptcy Court clearly addressed the factors set forth in *In re Spagnolia*, 199 B.R. 362, 364 (Bankr. W.D. Ky. 1995), for determining whether a 707(a)

dismissal for lack of good faith is warranted.  After doing so, the Bankruptcy Court found that eight of the fourteen factors present.  The Bankruptcy Court discussed all those factors.  This Court finds that the evidence cited in Judge Cooper's two opinions clearly supports those factual findings.  While different fact finders might reach different conclusions, much of the evidence and the reasonable inferences permitted from it certainly supports Judge Cooper's findings.  Therefore, this Court must conclude that those findings are not clearly erroneous.

This Court adopts Judge Cooper's findings of fact as set forth in her opinions dated August 2, 2005 and June 30, 2005.  Based on those findings, to dismiss Appellant's Chapter 7 bankruptcy claim is not contrary to law so as to require the Court to set aside the Bankruptcy Court's order.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Memorandum Opinion and Order of the Bankruptcy Court dated August 2, 2005, is SUSTAINED and this appeal is DISMISSED.

This is a final order.

cc:    Counsel of Record